Argued December 2; decided December 28, 1909.

## NEHALEM PACKING CO. *v.* TILLAMOOK COUNTY.

[105 Pac. 901.]

From Tillamook:  WILLIAM GALLOWAY, Judge.

This is a proceeding by the Nehalem Packing Company to review the action of the board of equalization of Tillamook County in refusing to reduce the valuation of certain property assessed to plaintiff for the year 1907. From a judgment in favor of defendant the plaintiff appeals.

AFFIRMED.

For appellant there was a brief over the names of *Mr. Claude Thayer* and *Mr. Oak Nolan,* with oral arguments by *Mr. Nolan* and *Mr. George C. Fulton.*

For respondent there was a brief over the names of *Mr. John H. McNary* and *Mr. W. H. Cooper,* with an oral argument by *Mr. Charles L. McNary.*

MR. JUSTICE EAKIN delivered the opinion of the court.

This is a proceeding to review the action of the Tillamook County board of equalization in refusing to reduce the valuation of certain canning machinery assessed to plaintiff, and to cancel the assessment to plaintiff of 5,100 cases of salmon, which it alleged it did not own. The questions involved here are identical with those in case of the *Elmore Packing Co.* v. *Tillamook County,* 55 Or. 218 (105 Pac. 898), and the principles announced in that case apply equally here and determine this case adversely to the plaintiff. Judgment is affirmed.     AFFIRMED.